the District of Columbia Circuit. Certiorari denied. *Charles B. McInnis, Warren Woods, Roger H. Muzzall, Hulette F. Aby, Irene Kennedy* and *Ernest Callomon* for petitioners. *Solicitor General Soberoff* and *Assistant Attorney General Morton* for respondent.

No. 273. INTERNATIONAL ALUMINUM WINDOW CORP. ET AL. *v.* FERRI. Supreme Court of Florida. Certiorari denied. *William G. Wall* for petitioners. *E. F. P. Brigham* for respondent.

No. 275. DR. SALSBURY'S LABORATORIES *v.* I. D. RUSSELL CO. LABORATORIES ET AL. C. A. 8th Cir. Certiorari denied. *Giles Sutherland Rich* for petitioner. *Charles J. Merriam* for respondents.

No. 276. SUPERIOR OIL CO. ET AL. *v.* FONTENOT, COLLECTOR OF REVENUE OF LOUISIANA. C. A. 5th Cir. Certiorari denied. *Cullen R. Liskow* for petitioners.

No. 46. KUCZYNSKI *v.* BURKE, WARDEN. Supreme Court of Wisconsin. Certiorari denied.

No. 72. BRADDOCK *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. *Morris Lavine* and *Arthur F. Larrabee* for petitioner.

No. 127. PARSONS *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *O. B. Fisher, C. C. McDonald* and *Dan Moody* for petitioner. *John Ben Shepperd,* Attorney General of Texas, and *Rudy G. Rice,* Assistant Attorney General, for respondent.